Brian L. Budsberg
Chapter 7 Trustee
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
(360) 584-9093

The Honorable Mary Jo Heston
Location: Tacoma, Washington
Chapter 7
**Hearing Date: April 08, 2021**
**Hearing Time: 9:00 am**
**Response Date: April 01, 2021**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

In re:

DYKYY, YEVGEN
DYKA, INNA

Debtors

Case No. 20-42369-MJH
*Chapter 7*

TRUSTEE'S SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF NON-EXEMPT EQUITY

I, Brian L. Budsberg, declare under penalty of perjury under the laws of the United States:

1. I am the Court appointed Trustee in the above referenced Chapter 7 bankruptcy case. I have personal knowledge of the facts stated herein and am competent to testify to them.

2. Yevgen Dykyy and Inna Dyka (the Debtors filed a bankruptcy petition and schedules on October 19, 2020. On their Schedule A/B, Debtors listed real property located at 9903 200th St E, Graham, WA 98338, with a value of $405,000.00. The Trustee believes the value is significantly higher.

3. In addition to the prior materials filed in support of the motion to approve the settlement, I relied upon the evaluation of the realty team led by the court appointed realtor, Kai Rainey. An interior and exterior valuation was completed; the residence was built in 2017 and both the home and property are well maintained. Another property four houses down from the

TRUSTEE'S SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF NON-EXEMPT EQUITY
Page 1

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093

Debtors' property, which was built by the same builder, went on the market in early January 2021, with fewer upgrades and was less attractive market value wise. It was listed for $435,000.00 and sold in three days for $465,000.00. Two other comparable properties sold for $470,000.00 within a quarter mile of the Debtors' property in September 2020. I expect a sales price in the low to mid $500,000.

4. Currently with a sales price of $500,000 the estate would receive $172,000 in equity from the sale of the property before paying the Debtors' $125,000.00 homestead exemption. This calculation is based off the following: Sales price of $500,000.00 - $45,000 for the 9% cost of sale – payoff of underlying debt of $283,000 = $172,000. Once the Debtors' exemption is paid the estate would net approximately $47,000 if the property was sold. This calculation is merely an estimate as the secured debt may be a bit less and the sales price significantly higher. However it does show that the proposed agreed upon settlement is a fair approximation for purposes of reaching a settlement.

5. I am certain the property will sell for an amount far closer to $550,000 rather than $500,000. Thus settling for $50,000 is a very fair resolution for all involved when the risks each side faces relating to the market value, sales times and litigation vagaries are factored in. Moreover, given the potential increase in this fast rising real estate market, if the Debtors are unable to raise the funds required to complete the settlement, the estate is better off, as the Debtors will have continued to pay down the underlying debt and the property will have appreciated in value.

6. It does not appear there are any other liens on this asset. Thus the settlement with the Debtors is solely involving the excess equity available for the estate. With this settlement, there will be no requirement for the estate to pay any other costs for outstanding principal,

TRUSTEE'S SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF NON-EXEMPT EQUITY
Page 2

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone: (360) 584-9093

interest, taxes or utility bills, or any potential litigation fees.  With emails of March 1 through March 3 Reed Yurchuck, Debtors' counsel, and I worked through the language of this motion and reached an agreement on the motion and order relating to the approval and the mechanism giving the Debtors 90 days to raise the funds to complete the settlement. The estate will retain full ownership and control until the payment is made in full.

     Dated this 24th day of March, 2021.

                                CHAPTER 7 TRUSTEE

                                /s/ Brian L. Budsberg, WS #11225
                                Brian L. Budsberg

TRUSTEE'S SUPPLEMENTAL DECLARATION IN SUPPORT OF MOTION TO APPROVE SETTLEMENT AND SALE OF NON-EXEMPT EQUITY
Page 3

Brian L. Budsberg
trustee@busdsberg.com
1314 S Grand Blvd. Ste. 2, Box 120
Spokane, WA 99202
Phone:  (360) 584-9093